■ In the Matter of ADALGISA ROONEY, Respondent, v AFTA-BUR RAHMAN, Appellant. [18 NYS3d 352]—Appeal from an order of the Family Court, Orange County (Gladys E. Braxton, S.M.), dated August 9, 2013. The order, insofar as appealed from, after a hearing, fixed the amount of child support arrears due to the mother from the father at $24,471.

Ordered that the appeal is dismissed, without costs or disbursements.

The appeal from the order of the Support Magistrate must be dismissed. The issues raised by the father on this appeal are not reviewable, as his objections to the Support Magistrate's order were denied as untimely by the Family Court (*see Matter of Odunbaku v Odunbaku*, 131 AD3d 617, 618 [2015]; *Matter of Stodolski v Cotroneo*, 84 AD3d 1251 [2011]). Mastro, J.P., Leventhal, Duffy and Barros, JJ., concur.